United States District Court

Eastern District of California

Mark Howard Craver,

    Petitioner,

vs.

Director of Corrections,

    Respondent.

No. Civ. S 05-1108 DFL PAN P

Order

-oOo-

Petitioner, a state prisoner proceeding without counsel, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254 and has paid the filing fee.

Petitioner challenges a conviction in the Kings County Superior Court and, therefore, this action should have been commenced in the district court in Fresno. Local Rule 3-120(d).

Pursuant to Local Rule 3-120(f), this action is transferred to the district court in Fresno.

The new case number is __1:05-cv-811 REC WMW HC__. In the

1 | future all papers shall bear this number and shall be filed at:

2 |         United States District Court
        Eastern District of California

3 |         1130 "O" Street
        Fresno, CA 93721

4 |

5 | So ordered.

6 | Dated:  June 21, 2005.

7 |                                       /s/ Peter A. Nowinski

8 |                                       PETER A. NOWINSKI
                                      Magistrate Judge