IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK HOWARD CRAVER, | 1:05-CV-00811-REC-WMW-HC |
| Petitioner, | Re-open case **2:05-CV-01108-DFL-PAN-HC** |
| vs. | |
| DIRECTOR OF CORRECTIONS, | |
| Respondent. | <u>ORDER RE TRANSFER</u> |
| _____/ | |

       Petitioner, a state prisoner proceeding pro se, is proceeding with a habeas corpus action pursuant to 28 U.S.C. § 2254. On June 3, 2005, petitioner filed a petition for writ of habeas corpus at the Sacramento division of the United States District Court for the Eastern District of California, and the case was opened as case 2:05-CV-01108-DFL-PAN-HC. Petitioner paid the $5.00 filing fee.

       On June 21, 2005, the Sacramento court transferred the case to the Fresno division of the Eastern District, due to the fact that petitioner was convicted at the Kings County Superior Court, which is located in the Fresno division. However, a review of the petition reveals that petitioner is not challenging his conviction. Instead, petitioner challenges a

1

1 reclassification decision by the California Department of Corrections, which was made while
2 petitioner was in custody at Solano State Prison in Vacaville, California, which is part of the
3 Sacramento division of the Eastern District. In addition, petitioner's prison appeals were at
4 Solano State Prison, and his previous habeas corpus petitions regarding the CDC decision were
5 decided at the Solano County Superior Court, the California Court of Appeals for the First
6 District, and the California Supreme Court. Therefore, venue is proper in the Sacramento
7 division.

8 Pursuant to Local Rule 3-120(b), a civil action which has not been commenced in
9 the proper court may, on the court's own motion, be transferred to the proper court. Therefore,
10 this action will be transferred back to the Sacramento Division, and the Clerk shall be directed to
11 re-open the former Sacramento case number.

12 Good cause appearing, IT IS HEREBY ORDERED that:
13 1. This action is transferred back to the United States District Court for the
14 Eastern District of California sitting in Sacramento;
15 2. The Clerk of Court is directed to re-open the former Sacramento case
16 2:05-CV-01108-DFL-PAN-HC; and
17 3. All future filings shall refer to Sacramento case number 2:05-CV-01108-
18 DFL-PAN-HC and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

IT IS SO ORDERED.

**Dated:** September 7, 2005          /s/ William M. Wunderlich
bl0dc4                                UNITED STATES MAGISTRATE JUDGE