IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK HOWARD CRAVER,

          Petitioner,                No. CIV S-05-1108 DFL EFB P

    vs.

DIRECTOR OF CORRECTIONS,
et al.,

          Respondents.         <u>ORDER</u>
_____/

        Petitioner is a state prisoner without counsel seeking a writ of habeas corpus.  *See* 28 U.S.C. § 2254.  On March 10, 2006, respondents filed a motion to dismiss on the ground, *inter alia*, that this action is moot.  Through clerical oversight, the court on August 7, 2006, issued an order to show cause directing petitioner to explain why this action is not moot.  The order to show cause was unnecessary in light of respondents' motion to dismiss.

        Accordingly, it is ORDERED that the August 7, 2006, order to show cause hereby is vacated.

Dated:  January 16, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE