1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MARK HOWARD CRAVER,

11           Petitioner,                          No. CIV S-05-1108 DFL EFB P

12        vs.

13   DIRECTOR OF CORRECTIONS, et al.,

14           Respondents.                         ORDER

15   _____/

16           Petitioner, a state prisoner proceeding pro se, has filed this application for a writ

17   of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

18   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19           On January 17, 2007, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within twenty days.  Petitioner

22   has filed objections to the findings and recommendations.

23           In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

24   304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire

25   file, the court finds the findings and recommendations to be supported by the record and by

26   proper analysis.

                                                  1

1    Petitioner's claim that he is still on parole does not alter the finding of mootness.

2    Petitioner is not claiming that his parole was lengthened because of a denial of work credits but

3    only that he was released to parole later in time than he would have been had there been no

4    mischaracterization of his offense of conviction.   Thus, the fact of parole and its length are not

5    causally connected to his claim of error.  Moreover, petitioner's claim of error is based entirely

6    upon state law.  Mistakes of state law by prison administrators, absent something more, do not

7    state a federal constitutional claim.

8    Accordingly, IT IS HEREBY ORDERED that:

9    1.  The findings and recommendations filed January 17, 2007, are adopted in full;

10   2.  Respondent's March 10, 2006, motion to dismiss is granted; and

11   3.  This action is dismissed.

12

13   DATED:    March 20, 2007

14

15                                                    /s/ David F. Levi_____
                                                     UNITED STATES DISTRICT JUDGE

16   /

17

18

19

20

21

22

23

24

25

26